**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-6967**

───────────

MAURICIO LOPEZ HOWELL,

Petitioner - Appellant,

versus

PATRICIA STANSBERRY, Warden, Low Security
Correctional Institution, Butner, North
Carolina,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (CA-05-119-5-BO)

───────────

Submitted: October 20, 2005      Decided: October 28, 2005

───────────

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mauricio Lopez Howell, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mauricio Lopez Howell, a federal prisoner, appeals the district court's orders dismissing his petition filed under 28 U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Howell v. Stansberry</u>, No. CA-05-119-5-BO (E.D.N.C. Apr. 21, 2005; filed June 9, 2005 & entered June 17, 2005); <u>see also</u> <u>In re Jones</u>, 226 F.3d 328, 333-34 (4th Cir. 2000) (discussing circumstances under which § 2241 may be used to test legality of conviction). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>